UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,           **MEMORANDUM**

      -against-                         22 Cr. 640 (KMK)

CHRISTOPHER TATE,

                    Defendant.
------------------------------------------------------------X

TO: <u>Kenneth M. Karas, United States District Judge:</u>

    Please find attached a transcript of the November 7, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: December 19, 2024
       White Plains, New York

                                                    Respectfully Submitted,

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge