# DAVID K. BERTAN
### ATTORNEY AT LAW
### 41 EAST 11TH STREET, 11TH FLOOR
### NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

February 21, 2025

**Via ECF**

Hon. Kenneth M. Karas, United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

         Re:    USA v. Christopher Tate (US v. Sampson)
                22-cr-640 (KMK)

Dear Judge Karas:

    I represent Mr. Tate in the above matter. He is scheduled to be sentenced on March 11, 2025. I will be away on a family vacation that week. I am respectfully requesting that Mr. Tate's sentencing be adjourned for one or two weeks. The Government has no objection to this request.

                        Very truly yours,

                        David K. Bertan

DKB
cc: AUSAs Ryan Allison and Jennifer Ong (via ECF)

*Granted. The sentence will go forward on April 9, 2025 at 2:00 p.m.*

**SO ORDERED:**

HON. KENNETH M. KARAS U.S.D.J.
2/25/2025